7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Sarah Ann Northcutt
*Debtor*

*Bankruptcy Case No.*
14–30331–can7

**Patricia Ann Brown**
    Plaintiff(s)

*Adversary Case No.*
15–03002–can

v.

**Robert L. Kimbrough**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that judgment is entered against the Plaintiff and in favor of the Defendant on the turnover complaint, each party to bear its own costs

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 5/1/15

Court to serve